No. 149. NEW YORK CENTRAL SECURITIES CORPORATION *v.* CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY AND NEW YORK CENTRAL RAILROAD COMPANY. Appeal from the District Court of the United States for the Northern District of Ohio. Argued February 24, 1927. Decided February 28, 1927. *Per Curiam.* The judgment of dismissal herein by the district court for want of jurisdiction is reversed on the authority of *General Investment Co.* v. *New York Central Railroad Co.,* 271 U. S. 228. *Mr. Frederick A. Henry* for appellant. *Mr. S. H. West* for appellees, submitted.

No. 151. KNIGHTS OF THE KU KLUX KLAN *v.* STATE OF KANSAS EX REL. CHARLES B. GRIFFITH, ATTORNEY GENERAL. Error to the Supreme Court of the State of Kansas. Argued February 24, 1927. Decided February 28, 1927. *Per Curiam.* Dismissed for want of a federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; and *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. John S. Dean,* with whom *Messrs. William F. Zumbrunn, Harris W. Colmery, Benjamin H. Sullivan, John H. Connaughton,* and *William B. Brown* were on the brief, for plaintiff in error. *Messrs. Charles B. Griffith, John G. Egan,* and *Thomas A. Lee* were on the brief, for defendant in error.